No. CR-08 00581 RMW HRL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

E-FILING

FILED
AUG 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### THE UNITED STATES OF AMERICA

vs.

### LEONEL PALAFOX-CAMERENA

## INDICTMENT

**COUNT ONE**: 8 U.S.C. Section 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

_____
Ramona Wils
Foreperson

Filed in open court this 27 day of August

A.D. 2008

_____
Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE

Bail. $ No Bail Bench Warrant

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

AUG 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>LEONEL PALAFOX-CAMERENA,<br>  Defendant. | CR 08 00581 RMW HRL<br><br>VIOLATION: 8 U.S.C. § 1326 –<br>Illegal Re-Entry Following Deportation<br><br>SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

On or about April 17, 2007 the defendant

LEONEL PALAFOX-CAMERENA,

an alien, previously having been arrested and deported from the United States on or about June 20, 1990, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a

//
//
//

INDICTMENT

re-application by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326.

DATED: 8/27/08

A TRUE BILL.

*Ramona Wills*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: *[signature]* )
AUSA JEFFREY B. SCHENK

INDICTMENT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

E-FILING

FILED
AUG 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.
▶ LEONEL PALAFOX-CAMERENA

DISTRICT COURT NUMBER
CR-08 00581 RMW
HRL

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) JEFFREY B. SCHENK

**DEFENDANT**

IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Northern District of California

IS IN CUSTODY
4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: